LAW LIBRARY

NO. 30604

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

RICHARD B. RAPOZO, Petitioner,

vs.

STATE OF HAWAI‘I, Respondent.

JEAN R. KIKUMOTO CLERK APPELLATE COURTS STATE OF HAWAII

2010 JUL 15 PM 2: 27

FILED

ORIGINAL PROCEEDING

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the petition for a writ of habeas corpus filed by petitioner Richard B. Rapozo and the papers in support, it appears that habeas corpus relief is available to petitioner in the circuit court and petitioner presents no special reason for invoking the supreme court's original jurisdiction.  See Oili v. Chang, 57 Haw. 511, 512, 557 P.2d 787, 788 (1976).  Therefore,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the petition for a writ of habeas corpus without payment of the filing fee.

IT IS FURTHER ORDERED that the petition for a writ of habeas corpus is denied without prejudice to seeking relief in the circuit court.

DATED:  Honolulu, Hawai‘i, July 15, 2010.